IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DOCKET

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**FERMIN RAMIREZ BUENO,**

**Defendant.**

**Case No.**   20-20053-JAR-JPO

## INDICTMENT

The Grand Jury Charges:

## COUNT I

On or about August 5, 2020, in the District of Kansas, the defendant,

**FERMIN RAMIREZ BUENO,**

an alien to the United States of America, was found within the United States after having

been previously deported and ordered removed from the United States on or about April

3, 2019, at or near Brownsville, Texas, and without having obtained the express consent

of the Attorney General or the Secretary of Homeland Security to reapply for admission

to the United States, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL.

Dated: August 26, 2020

*/s/ Foreperson*
FOREPERSON

2

/s/ Jabari B. Wamble #22730
STEPHEN R. MCALLISTER
United States Attorney

Robert J. Dole Courthouse
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Phone: 913-551-6730
Fax: 913-551-6541
Stephen.McAllister@usdoj.gov
Kansas Sup. Ct. No. 15845

(It is requested that trial of the above-captioned case be held in Kansas City, Kansas.)

3

**PENALTIES:**

**Illegal Reentry, 8 U.S.C. § 1326(a)**

- A term of imprisonment not to exceed ten (10) years.

- A fine not to exceed $250,000.

- A term of supervised release not to exceed three (3) years.

- A mandatory special assessment of $100.